UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  05-1208 |
| | ) | |
| W. LYNN BOWMAN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the United States' Motion for Relief From Default Judgment and Dismissal [Doc. #16].  Being that no objections to the Motion have been filed, the Default Judgment entered by this Court on February 14, 2006, is hereby vacated and set aside pursuant to Rule 60(b)(5) and (6) of the Federal Rules of Civil Procedure.  Furthermore, the Court also grants the United States' request that the instant case be dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

CASE TERMINATED.

ENTERED this  12th  day of July, 2006.

      /s/  Joe B. McDade
JOE B. McDADE
UNITED STATES DISTRICT JUDGE